## WOOTEN *et al.* v. WALDREP *et al.*

EVANS, P. J. The case was tried, by consent, before the judge without a jury. No error of law is complained of; the evidence is conflicting, and sufficient to support the judgment rendered.

        *Judgment affirmed. All the Justices concur.*
        APRIL 18, 1913.

Complaint. Before Judge Pendleton. Fulton superior court. May 27, 1912.

*McMillan & Erwin,* for plaintiffs in error.

*I. H. Sutton, A. E. Wilson,* and *A. E. Ramsaur,* contra..